# UNITED STATES DISTRICT COURT

for the

District of

Division



Terri Barnes

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Inmar Inc, Sara Joyner-Payne, Cindy Keating, Jack
Garland, David Ward, Brenda Craddock, Greg
Beasley, Tim Johnson,Lisa Hampton

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:20CV1156

*(to be filled in by the Clerk's Office)*

**Jury Trial:** *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Terri Barnes |
| Street Address | 435 West 24th Street |
| City and County | Winston-Salem |
| State and Zip Code | NC 27105 |
| Telephone Number | 336.926.3236 |
| E-mail Address | taylorttvision@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                            Sara Joyner-Payne

    Job or Title *(if known)*

    Street Address                 635 Vine Street

    City and County              Winston-Salem Forsyth

    State and Zip Code           NC 27101

    Telephone Number           800-765-1277

    E-mail Address *(if known)*

Defendant No. 2

    Name                            Cindy Keating

    Job or Title *(if known)*

    Street Address                 635 Vine Street

    City and County              Winston-Salem Forsyth

    State and Zip Code           NC 27101

    Telephone Number           800-765-1277

    E-mail Address *(if known)*

Defendant No. 3

    Name                            Jack Garland

    Job or Title *(if known)*

    Street Address                 635 Vine Street

    City and County              Winston-Salem Forsyth

    State and Zip Code           NC 27101

    Telephone Number           800-765-1277

    E-mail Address *(if known)*

Defendant No. 4

    Name                            David Ward

    Job or Title *(if known)*

    Street Address                 635 VIne Street

    City and County              Winston-Salem Forsyth

    State and Zip Code           NC 27101

    Telephone Number           800-765-1277

    E-mail Address *(if known)*

DEFENDANT NO 5

Brenda Craddock

635 Vine Street

Winston-Salem Forsyth

NC 27101

800-765-1277

DEFENDANT NO 6

Greg Beasley

635 Vine Street

Winston-Salem Forsyth

NC 27101

800-765-1277

DEFENDANT NO 7

Tim Johnson

635 Vine Street

Winston-Salem Forsyth

NC 27101

800-765-1277

DEFENDANT NO 8

Lisa Hampton

635 Vine Street

Winston-Salem Forsyth

NC 27101

800-765-1277

No. 9 INMAR, INC

Statement of Claim

Through the course of 2018-2020

I was bullied stalked and denied training opportunities due to age discrimination, race, color, gender. There are 6 total managers made up of 2 white females, 3 white males and I am the only black female manager.

I was a victim of retaliation because I reported unwanted activity created by Brenda Craddock that produced a hostile work environment.

Was asked to work another shift and rotate back and forth which became more and more physically and mentally overwhelming and when I refused during the Pandemic after speaking with David Wards boss within weeks, I was terminated.

Made multiple requests for training opportunities around like a can within the department that oversees this process for years.

Terminated during pandemic after serving over 22 years but without the skills required to re-enter into a more remote/virtual workplace environment because I was always 'assisting' in areas that were in transition either by the areas phasing out due to the accounts being closed or employees who were already working

there creating confusion and resentment when they already had a manager that they reported to and quite often the workload did not require. My insurance probably cost more and I had pretty much all of my PTO time and because of my age and susceptibility to use this time.

Employees had spread rumors in my community that I had been terminated for other reasons than the Pandemic.

I believe it was during the early quarter of 2018, David Ward and Brenda Craddock had mentioned on several occasions that somebody in the area where some of the employees report to me were stealing but would never tell me who or suggest any type of plan on how to investigate these allegations.

I believe it was around Apr 2018 when I reported to David Ward that Brenda Craddock had come into my work space and shouted at me that she did not like the way I was doing my job. Felt intimidated because of the way she was shaking her hands and body movements and in my work area sitting next to a wall with no exit. I stood up and walked away praying for her so she could calm down. I called David Ward several times but he did not answer and nobody else was in that immediate area which I thought was rather strange. So the next day when I reported this incident I asked David to set up a meeting along with me, Cindy and Brenda to determine why Brenda did that and for HR to seek resolutions because I felt like I was in an hostile working environment and he said that he believe that was not necessary. I also pointed out to him that this is not the first time she has

done things like this on the floor when she would try to instigate a shouting match with me and/or one of the employees that report to me but he still left me with the impression that it was not need to discuss because y'all just two that don't get along.

Several days later, David Ward said that Jack Garland wants him to put me on the new account and he wanted me to work with Lisa Hampton to learn the process. All the employees that were reporting to me would be moved over to Brenda Craddock side and report to her side and eventually they would be transferred to Tim Johnson.

Early Jan 2019 David Ward said account demanding more manager visibility on the floor and would have to move from office area to floor areas. Called me up to office and made sure I could see the new camera angles and had the screen view right over my cubicle. My phone did not work anymore when I moved out to that cubicle and it was not until March 2020 when I asked if I could use the phone in the shop since the guy had retired.

Cindy Keating 1.22.19 David Ward asked me did I realize I had copied Cindy Keating and there was no need for a meeting and I told him because had said after me recently getting started and not getting much information from Greg Beasley and Lisa Hampton on the new account I was placed on and he said he would get somebody else. So I asked for help to seek other opportunities within the company and need help to define my work history with him since he had moved me around a lot and he said he could not help me.

The process was to be phased out and Lisa Hampton was promoted to Supervisor in another area. When she moved I was to work with the lead. This is when I started to really notice many employees following me around.

David Ward grudgingly said that Jack Garland wants him to put me on the account.

Had recently told Cindy Keating that the environment there was getting increasingly intense and would like to seek other opportunities and she would look into it and get back to me. Around March 2019 met PC and he asked me what were my aspirations, ideas, goals and I mentioned I would like to have other opportunities in the company and had a short meet with DZ. After waiting and waiting I asked around May 16 2019 for help to explore training programs that would best fit my situation and the referred me to BS and never got an answer.

David Ward why he did not assign the leads who were already over this account since he would come out on the floor and tickle them to the point where they would jump up and screech, they had already been on the account anyway for over a year and help me to seek other opportunities that they weren't big enough and scary enough to make people do their jobs. After a few months had to train and be very assertive to learn the process. Once I learned the procedures and got involved with the applications I presented reports and findings to David Ward and account reps and David told me to make sure I trained the lead which I had no problem with but I had noticed that she was following me around too.

2018-2019 David Ward would tell me over and over again that it was no need for me to try to remember the names of the temp employees because I would never remember them.

David Ward would tell me time and time again when I would ask about the training opportunities at the corporate office that you know if they didn't let so and so over there (who is white and intelligent) how you think they gonna give you a chance.

David Ward had mentioned that I should think about running 2nd shift but he later put Lisa Hampton on the shift because I said that would be a conflict with my family obligations. Lisa Hampton appointed her leads and other subordinates to make sure they followed me when I was covering her shift.

David Ward singled me out in a managers meeting saying I was taking too much lunchtime.

So from that day on I only left the building when it was time for me to go. After I had started doing this consistently then he made it a warehouse rule that nobody can go out to their cars on their breaks.

May 2019 CBS Sunday morning highlighted our company. When they were there I was never told when they would arrive or given an itinerary. I was frequently left off our out of call meetings and company tours and/or visits with clients/guest. When we had voluntary Sundays when I asked to take off he would say in a very mean attitude we all got to be hear so why don't you think you have to be hear.

Employees were not sure what my role was and would often ask I don't know if I am to report to you or Greg Beasley.

David Ward joked about me falling asleep in front of other employees. Several times 2019-2020

David Ward joked about me wearing men like jump suites in front of other employees. Several times 2019-2020

David Ward would bring up mixed race couple employees who did not work there anymore and how they were caught having sex in the warehouse. 2019-2020

2019-2020 David Ward hired Sara Joyner-Payne son and I found this extremely intimidating since every time the VPs come around they were standoffish and would see them walking around in groups and was not invited over to do a quick greet/meet. Sara Joyner-Payne son followed me around also or would be in close proximity and adjust his task to monitor my movements. It was so noticeable especially when things started slowing down I changed my habits and when I did that he did too and tried not to look noticeable.

I was the only one David Ward would ask to cover 2nd shift even after I had asked for rotation. I was followed around on that shift as well and when asked to cover in March after pandemic event I refused and he copied his boss and I called his boss to tell him why I couldn't cover and his boss said he had already told David Ward that he would have to cover the shift.

Jan 2020 Cindy came over to hold meeting with all employees in break room to apologize about an incentive being left off. Brenda Craddock introduced her and also said she was her best friend because she trained her. After the meeting I reminded Cindy Keating about I was burnt out and was looking forward to more opportunities and was still waiting to hear back from her. When I was leaving the building Brenda Craddock had slowed her car down and peered at me then as if she was waiting to make sure she was looking at me.

Feb 10 2020 members to assist me with other opportunities since I had already talked with Cindy Keating about it and she still had not gotten back to me and was let on until I persisted and was told it will have to be left up to Cindy. Had referred me to someone that met me around Feb 20 and made sure David Ward knew and approve them coming to help me with building my resume but when they arrived he asked me why they was there and I told him again. We walked and discussed some of the things I was assisting but things had been slowing down every since the beginning of the year and that is why I had longed for years to work with somebody to explore other training opportunities at the corporate office. Later prior to them leaving I asked when were we going to start on the resume building and they put me off.


Greg Beasley 2018 would tell me over and over again in front of other employees that he did not like me. He also held back on training me for weeks and trained Lisa Hampton while I was there but would not invite or let me about key meetings or briefs until they were over or would ask me did I know about the meeting, did I get an invite. So after I started working on the program to learn more on my own but then I would share what I learned with them to try to create team work so we can impress the clients on the account.

Greg Beasley David Ward 2019-2020 Would discuss and present processing ideas and improvements and was told to make sure the leads knew but in March and April during the Essential Workers Phase, several VPs came through and when I

asked if I could help out here or there I was told no help was needed but I noticed that Tim Johnson was doing duties that I had never seen him doing before along with the regular employees. I also noticed that they were there for a few weeks for several days but engaged with all of the other supervisors but not with me.

Greg Beasley Jan-Feb 2020 Greg Beasley made sure that I knew that someone on second shift got a corporate position and made sure I saw him shake their hand.

Greg Beasley Jan-Feb 2020 Greg Beasley made sure I knew that several employees that I identified as following me were going to get key positions on the account and going to get paid a lot of money.

Greg Beasley and David Ward conspired with a third party vendor to hire people to watch me.

Greg Beasley knew that an employee removed a file that I was working on a process when I was out one day in Jan 2020 and had to call her to bring it back in on her day off.

David Ward Greg Beasley would not consider my observations when I noticed something out of place but would hide behind racks when I was walking around the warehouse.

Tim Johnson would have to wait around in the parking lot until I left the building since when I would ask why certain people were still in the areas after the shift was over but would be told by Greg Beasley they are going to work earlier or later on the other shift or by David Ward they are just looking at their phone or waiting for traffic to clear.

When other process where enhanced and given to other corporate reps that I was involved in there were no offers to help out in those areas of the company but when things started to slow down the same corporate reps were seen being more actively involved especially in late March-April right before I was terminated.

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Inmar |
| Street Address | 635 Vine Street |
| City and County | Winston-Salem Forsyth |
| State and Zip Code | NC 27101 |
| Telephone Number | 800-765-1277 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

Age Discrimination in Employment Act (ADEA) 29 U.S.C. § 623(a)
Older Workers Benefit Protection Act of 1990

☒ Relevant state law *(specify, if known)*:

North Carolina Stalking Law
Bullying and Harrasment Law

☐ Relevant city or county law *(specify, if known)*:

**III.** **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐     Failure to hire me.

☒     Termination of my employment.

☒     Failure to promote me.

☐     Failure to accommodate my disability.

☒     Unequal terms and conditions of my employment.

☒     Retaliation.

☒     Other acts *(specify)*:     Severance Pay Review  Salary Review  Job Reviews/Training

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

2018-July30, 2020

C.     I believe that defendant(s) *(check one)*:

☒     is/are still committing these acts against me.

☐     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒     race               the only black supervisor

☒     color              the only dark supervisor

☒     gender/sex         the only black female

☒     religion           pray and read bible

☐     national origin

☒     age *(year of birth)*     1963        *(only when asserting a claim of age discrimination.)*

☐     disability or perceived disability *(specify disability)*

E.     The facts of my case are as follows. Attach additional pages if needed.

After asking for years, did not get me the flexible job placement or training skills that would heighten reentry into the jobe market. Did work with all of the other supervisors so they could maintain their jobs. David Ward, Brenda Craddock and Greg Beasley helped to and/or created an enviorment that infused discrimination against based on rumors and inuendo. After reporting an incident, I was a victim of a tactics that created resentment and the campaign to bully and stalk me. Was removed from my immediate work assignment and the employees that reported to me work with Brenda Craddock until they were transferred to Tim Johnson all the while finishing up the area assignment and told to start learningn a new process. This possibly spreaded company wide therby negating training opportunities at the corporate level. Subordinates and other company reps were assigned to 'follow me based on rumors and inuendo which also created further resentment to me on two shifts. Working two shifts when called upon to do so became more and more physical, mental and emotionally draining so in March when I refused I was terminated given the reasons for the pandemic while others who were stalking me received other titles, duties, skills, and pay raises. Greg Beasley would make sure that I knew who was getting this or that what meetings he was involved in that I was missing as an added tactic to further serve me distress. On voluntary workdays that were on Sunday was told we had to work even after I explained how important this was for our family to worship together. Later learned after being terminated that employees rumored that I was terminated reasons not related to the pandemic that also may have hurt my professional career and reputation.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

9/10/2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    9/28/2020    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lost Wages, Insurance, Severence and PTO 200000  Punative Damages 1000000

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:　　　12/28/2020

Signature of Plaintiff

Printed Name of Plaintiff　　Terri Barnes

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

| | |
|---|---|
| Street Address | 435 W 24th Street |
| State and Zip Code | NC  271065 |
| Telephone Number | 336.926.3236 |
| E-mail Address | taylorttvision@gmail.com |



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Greensboro Local Office

1500 Pinecroft Road, Suite 212
Greensboro, NC 27407
Direct Dial: (336) 547-4019
TTY (336) 547-4035
FAX (336) 547-4032
Website: www.eeoc.gov

September 28, 2020

Terri Barnes
P.O. Box 732
Winston-Salem, NC 27102

Re:    Barnes versus INMAR INC
       EEOC Charge No.: 435-2020-01063

Dear Ms. Barnes:

The processing of your charge of employment discrimination in the above referenced matter has been completed. The Equal Employment Opportunity Commission (EEOC) is dismissing your charge and is issuing to you a Notice of Right to Sue. The EEOC is unable to conclude that the information obtained establishes a violation of Title VII of The Civil Rights Act of 1964 as amended and The Age Discrimination in Employment Act of 1967 as amended.

In your EEOC charge, you stated that you were discriminated against based on your race, Black, color, sex, Female, and age (57). You also alleged that you were retaliated against due to complaining about a White Female manager confronting you in a hostile manner.

The information obtained by the Commission is insufficient to show that you were discriminated and retaliated against. In 2018 or 2019, you stated that you were reassigned to another account and the staff you managed were reassigned to other managers after you complained about a White Female manager. These allegations occurred more than 180 days ago which is past the statute of limitations. These incidents are untimely. The EEOC does not have jurisdiction to investigate incidents that are untimely.

You stated that you were stalked and bullied by employees and managers after you complained about the White Female manager. You indicated that employees were given raises and promotions due to stalking you. There is no evidence that you were harassed due to a protected class covered by the EEOC. Furthermore, you never complained about being stalked and bullied by employees and managers.

You also alleged that you were denied training and shadowing opportunities. You stated that you heard other employees were given training opportunities but you do not have any information regarding their identities. Furthermore, although you expressed interest in training opportunities, you did not inform the Respondent that you were interested in a specific job nor

did you apply for another position. The evidence is insufficient to show that you were denied training and shadowing opportunities due to a protected class covered by the EEOC.

Lastly, you stated that you were furloughed and ultimately terminated from your position as a Senior Supervisor. The evidence shows you were laid off and eventually discharged due to the coronavirus pandemic which is a legitimate, non-discriminatory, non-retaliatory reason for your separation from employment.

In view of these facts, it is unlikely that investigation of your charge will result in a finding that a violation of the law(s) under which you filed your charge has occurred. Therefore, the EEOC will close your charge and issue you a Dismissal and Notice of Right to Sue. The Dismissal and Notice of Right to Sue will give you 90 days to file a lawsuit against the company in federal district court. This 90-day period for filing a private lawsuit cannot be waived, extended, or restored by EEOC.

Sincerely,

**Nina Troxler**

Digitally signed by Nina Troxler
DN: cn=Nina Troxler, o=EEOC,
ou=Enforcement,
email=Nina.Troxler@eeoc.gov, c=US
Date: 2020.09.28 18:03:22 -04'00'

Nina Troxler
Investigator
